IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**TRUDY MAIN AND TASHLEY BETTS,**
**Each individually and on behalf of all others**
**Similarly situated**                                      **PLAINTIFFS**

V.                       NO. 4:22cv01033-JM

**TA OPERATING LLC**                                              **DEFENDANT**

## ORDER

Pursuant to Plaintiffs' notice of Rule 41(a)(1)(A)(i) dismissal, Plaintiffs' case is hereby dismissed without prejudice. All pending motions are denied as moot. The Clerk is directed to close the case.

IT IS SO ORDERED this 1st day of December, 2022.

_____
James M. Moody, Jr.
United States District Judge